UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE R. KENTON MUSGRAVE, SENIOR JUDGE

| | |
|---|---|
| THE DIAMOND SAWBLADES MANUFACTURERS COALITION, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Court No. 09-00110 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| SAINT-GOBAIN ABRASIVES, INC., HEBEI JIKAI INDUSTRIAL GROUP CO., LTD., HUSQVARNA CONSTRUCTION PRODUCTS NORTH AMERICA, INC., EHWA DIAMOND INDUSTRIAL CO., LTD., AND BOSUN TOOLS GROUP CO., LTD., | )<br>)<br>)<br>)<br>)<br>) |
| Defendant-Intervenors. | ) |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from the judgment in No. 09-00110, entered on September 30, 2009, including (but not limited to): (1) the order for entry of final judgment in No. 09-00110, entered on September 30, 2009; (2) the published opinion and order in No. 09-00110, Slip Op. 09-107, entered on September 30, 2009.

                 Respectfully submitted,

                 TONY WEST
                 Assistant Attorney General

|  |  |
|---|---|
|  | JEANNE E. DAVIDSON<br>Director |
|  | s/ Franklin E. White, Jr. |
|  | FRANKLIN E. WHITE, JR.<br>Assistant Director |
| Of Counsel | s/ Delisa M. Sánchez |
| HARDEEP JOSAN<br>Attorney<br>U.S. Department of Commerce<br>Office of Chief Counsel for<br>  Import Administration<br>1401 Constitution Avenue, N.W.<br>Washington, D.C. 20230 | DELISA M. SANCHEZ<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>1100 L St., N.W.<br>ATTN:  Classification Unit, 8th Floor<br>Washington, D.C. 20530<br>Telephone:  (202) 616-0337<br>Facsimile:   (202) 305-7643<br>E-mail:  Delisa.Sanchez@usdoj.gov |
| November 24, 2009 | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby declare that on the 24th day of November, 2009, I caused to be served a copy of "DEFENDANT'S NOTICE OF APPEAL" in the following manner addressed as follows:

<u>By First-Class Mail</u>

Daniel B. Pickard, Esq.
Wiley Rein, LLP
1776 K Street, N.W.
Washington, D.C. 20006

Lynn M. Fischer Fox, Esq.
Fischer Fox Global PLLC
1227 Euclid Street, N.W.
Washington, D.C. 20009

J. David Park, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20036-1564

Gregory S. Menegaz, Esq.
DeKieffer & Horgan
729 Fifteenth Street, N.W.
Suite 800
Washington, D.C. 20005-2105

Kenneth G. Weigel, Esq.
Alston & Bird, LLP
The Atlantic Building
950 F Street, N.W.
Washington, D.C. 20004-1404

_/s/ Delisa M. Sánchez_