Slip Op. 12 - 43

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| DIAMOND SAWBLADES MANUFACTURERS COALITION, | |
| Plaintiff, | |
| v. | Before: R. Kenton Musgrave, Senior Judge<br>Court No. 09-00110 |
| UNITED STATES, | |
| Defendant, | |

**JUDGMENT**

Upon consideration of Plaintiff Diamond Sawblades Manufacturers Coalition's final itemization of fees and costs awarded under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, pursuant to slip opinion 12-12, 816 F. Supp. 2d 1342 (Jan. 26, 2012), and upon others papers and proceedings, it is hereby:

**ORDERED** that Defendant pay Plaintiff a total of $73,213.97 within 60 days.

/s/ R. Kenton Musgrave
R. Kenton Musgrave, Senior Judge

Dated: March 27, 2012
         New York, New York